# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARKIS SULTANIAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 08-1564-JTL<br><br>**J U D G M E N T** |

　　　　In accordance with the Memorandum Opinion and Order filed herewith,

　　　　IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner, and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: December 4, 2008

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　JENNIFER T. LUM
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE